IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MAGANA, | ) | No. C 05-3623 MMC (PR) |
|          Petitioner, | ) ) | **ORDER DIRECTING PETITIONER TO NOTIFY COURT WHETHER HE STILL IS INCARCERATED AT CTF-SOLEDAD** |
|   v. | ) ) | |
| A.P. KANE, | ) ) | |
|          Respondent. | ) ) | |
| _____ | ) | |

      On September 9, 2005, petitioner, a California prisoner then-incarcerated at the Correctional Training Facility at Soledad ("CTF-Soledad"), filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2005 decision by the Board of Prison Terms finding petitioner unsuitable for parole. On February 3, 2006, the Court granted respondent's motion to dismiss the petition as unexhausted and directed petitioner to file an amended petition. On March 9, 2006, petitioner filed an amended petition; on May 9, 2006, the Court ordered respondent to file an answer showing cause why the petition should not be granted based on petitioner's cognizable claims. On July 10, 2006, respondent filed an answer to the petition. Petitioner did not file a traverse to the answer, though he was expressly granted the opportunity to do so in the order to show cause.

      Petitioner has not communicated with the Court since he filed his amended petition on March 9, 2006, approximately twenty-one months ago. Recently, the Court was apprised that petitioner was released on parole in January 2007. However, mail sent by the Clerk of

the Court to petitioner at CTF-Soledad in May 2007 was not returned to the Clerk as not deliverable. Accordingly, it is unclear whether petitioner has been released on parole or still is incarcerated at CTF-Soledad.

    Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not deliverable" and "the Court fails to receive within 60 days of this return a written communication from . . . the *pro se* party indicating a current address," the Court "may dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).

    In order to ascertain whether petitioner still is incarcerated at CTF-Soledad, the Clerk shall send this order to petitioner at CTF-Soledad. If petitioner is incarcerated at CTF-Soledad, he shall so notify the Court within thirty days of the date this order is filed. Alternatively, if the order is returned to the Court as not deliverable, and the Court fails to receive within sixty days of the return a written communication from petitioner indicating a current address, the petition will be dismissed without prejudice under Local Rule 3-11.

    IT IS SO ORDERED.

DATED: December 3, 2007

_____
MAXINE M. CHESNEY
United States District Judge