IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE MAGANA,

        Petitioner,

  v.

A.P. KANE,

        Respondent.
                              /

No. CV-05-3623 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the action is hereby DISMISSED for failure to prosecute.

Dated: May 27, 2008

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk